# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Guillermo Macias<br>DEFENDANT(S). | CASE NUMBER<br>CR-09-01210-6<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ____deft____, IT IS ORDERED that a detention hearing is set for ____Tuesday____, __12-15-09__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom ~~S~~ 540 - Roybal.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
       (Other custodial officer)

Dated: __12/9/09__      _____Ralph Zarefsky_____
                        U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                              Page 1 of 1